# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00662-CV
NO. 03-12-00709-CV

**Kirk Brand Coburn, Appellant**

**v.**

**Janet Moreland, Appellee**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-FM-10-005441, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The above-referenced causes each arise from the same district court cause, Cause No. D-1-FM-10-005441, a suit affecting the parent-child relationship between Kirk Brand Coburn, his ex-wife Janet Moreland, and two children of their marriage. The trial court signed a judgment in the cause on September 4, 2012. Coburn appealed that judgment, and the appeal was docketed in this Court as Cause No. 03-12-00662-CV. Coburn timely filed a motion for new trial and motion to modify judgment in the trial court. After a hearing, the trial court signed a second judgment that modified and replaced the first judgment. Coburn appealed the second judgment, and the appeal was docketed in this Court as Cause No. 03-12-00709-CV. Coburn has filed an unopposed motion to consolidate the appeals and dismiss Cause No. 03-12-00662-CV since the order that was the subject of that appeal is no longer the final judgment of the trial court.

We grant the motion and consolidate Cause Nos. 03-12-00662-CV and 03-12-00709-CV for all purposes. The records filed in Cause No. 03-12-00662-CV shall be transferred to Cause No. 03-12-00709-CV. The consolidated causes will proceed under the style of Cause No. 03-12-00709-CV. Cause No. 03-12-00662-CV is dismissed.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

03-12-00662-CV  Dismissed

03-12-00709-CV  Consolidated

Filed: February 26, 2013